IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00845-BNB

CARSON ANTELOPE,

Plaintiff,

v.

CORRECTIONS CORPORATION OF AMERICA,

Defendant.

___

## MINUTE ORDER
___

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

      This matter is before the Court on the **Unopposed Motion to Vacate Scheduling Conference** [docket no. 7, filed June 2, 2014] (the "Motion").

      IT IS ORDERED that the Motion is GRANTED and the Scheduling Conference set for June 9, 2014, is **vacated and reset to August 5, 2014, at 9:30 a.m.,** in Courtroom A-401, Fourth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294. The proposed Scheduling Order, submitted pursuant to District of Colorado ECF Procedures V.6, is due on or before **July 29, 2014**. Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification. See D.C.COLO.LCivR 83.2(b).

DATED:  June 2, 2014