IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 14-cv-00845-RPM

CARSON ANTELOPE,

    Plaintiff,

v.

CORRECTIONS CORPORATION OF AMERICA,

    Defendant.
_____

ORDER VACATING SCHEDULING ORDER, PRETRIAL CONFERENCE, AND CURRENT DEADLINES
_____

    This case was reassigned to this Court on August 5, 1014.  Upon review of the file and pursuant to this Court's case management procedures, it is

    ORDERED that the Scheduling Order entered by Magistrate Judge Boyd N. Boland on August 5, 2014, the April 9, 2015, pretrial conference, and all current deadlines are vacated.

    Dated: August 6, 2014

                              BY THE COURT:

                              s/Richard P. Matsch
                              _____
                              Richard P. Matsch, Senior District Judge