IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00845-RPM

CARSON ANTELOPE,

    Plaintiff,

v.

CORRECTIONS CORPORATION OF AMERICA,

    Defendant.

---

**ORDER RE UNOPPOSED MOTION FOR LEAVE TO FILE DEFENDANT'S REPLY IN SUPPORT OF
MOTION FOR SUMMARY JUDGMENT OUT OF TIME**

---

THIS MATTER comes before the Court on Defendant Corrections Corporation of America's Unopposed Motion for Leave to File Reply in Support of Motion for Summary Judgment Out of Time, and the Court being advised,

    HEREBY grants same.

        DATED this 2nd day of July, 2015.

                BY THE COURT:

                s/Richard P. Matsch
                _____
                Richard P. Matsch, Senior District Judge