IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 14-cv-00845-RPM

CARSON ANTELOPE,

    Plaintiff,

v.

CORRECTIONS CORPORATION OF AMERICA,

    Defendant.

_____

### ORDER TO FILE COMPLETE TRANSCRIPT
_____

    Exhibit A-1 attached to the defendant's motion for summary judgment are excerpts from the deposition of Carson Matthew Antelope dated March 10, 2015. Upon review of the plaintiff's brief in opposition to the defendant's motion and the plaintiff's declaration attached to the response, it is necessary to review the complete transcript of that deposition.

    Accordingly it is now

    Ordered that on or before July 10, 2015, the defendant shall file the complete transcript.

    DATED:   July 2nd, 2015

                                                 BY THE COURT:

                                                 s/Richard P. Matsch

                                                 _____

                                                 Richard P. Matsch, Senior Judge