# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Senior District Judge Richard P. Matsch

Date:                     September 17, 2015
Courtroom Deputy:  Bernique Abiakam
FTR Technician:     Kathy Terasaki

Civil Action No. 14-cv-00845-RPM

| | |
|---|---|
| CARSON ANTELOPE, | Alison Lee Ruttenberg |
| Plaintiff, | |
| v. | |
| CORRECTIONS CORPORATION OF AMERICA, | Edmund M. Kennedy |
| Defendant. | |

## COURTROOM MINUTES

**Motions Hearing**

**2:57 p.m.    Court in session.**

Court calls case.  Appearances of counsel.

Court's preliminary remarks.

2:58 p.m.     Argument by Mr. Kennedy.  Questions by the Court.

3:05 p.m.     Argument by Ms. Ruttenberg.  Question by the Court.

**ORDERED:  Defendant's Motion For Summary Judgment (Filed 4/1/15; Doc. No. 25) is DENIED.**

**ORDERED:  Pretrial Conference is set for November 6, 2015 at 10:00 a.m.**

**3:13 p.m.    Court in recess.**  Hearing concluded.  Total time: 16 minutes.