IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 14-cv-00845-RPM

CARSON ANTELOPE,

      Plaintiff,

v.

CORRECTIONS CORPORATION OF AMERICA,

      Defendant.

## ORDER SETTING TRIAL DATE

Pursuant to the pretrial conference held November 5, 2015, it is

ORDERED that this matter is set for trial to jury on **May 31, 2016, at 8:30 a.m.,** in Courtroom A, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. Trial procedures may be found at

http://www.cod.uscourts.gov/CourtOperations/RulesProcedures/JudicialPracticeStandards/SeniorArticleIIIJudges/HonRichardPMatsch.aspx . It is

FURTHER ORDERED that the parties shall submit proposed voir dire and jury instructions in paper form directly to chambers on or before **May 25, 2016, at 4:00 p.m.**

DATED: November 10, 2015

                              BY THE COURT:

                              s/Richard P. Matsch

                              _____
                              Richard P. Matsch, Senior District Judge